UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES GERMALIC, INDEPENDENT
CANDIDATE FOR PRESIDENT                CIVIL ACTION

VERSUS                                 NUMBER 12-675-BAJ-SCR

TOM SCHEDLER, LOUISIANA
SECRETARY OF STATE

## RULING ON APPLICATION TO PROCEED IN FORMA PAUPERIS
### and
### ORDER TO PAY FILING FEE

Before the court is the request of plaintiff James Germalic to proceed in forma pauperis. Record document number 3.

Plaintiff brought this civil action seeking an injunction to stop the printing of ballots for the 2012 presidential election. Plaintiff did not file a financial affidavit with his motion, nor did he provide any personal financial information in the motion itself, showing that he is unable to pay the filing fee. Plaintiff only stated that while he could pay the fee for one federal court, he could no pay the fee for all federal courts.

Absent a sufficient information about the plaintiff's financial resources, e.g. his employment and other sources of income, his assets and his liabilities, the court cannot determine whether he is qualified to proceed in forma pauperis.

Accordingly, the request of plaintiff James Germalic to proceed in forma pauperis is denied.

Furthermore;

IT IS ORDERED that the plaintiff shall have 10 days to either pay the full $350 filing fee or file a properly completed AO Form 239, Application to Proceed in District Court Without Prepaying Fees or Costs.[1]  **Failure to comply with this order may result in dismissal of the plaintiff's complaint without further notice.**

Baton Rouge, Louisiana, November 9, 2012.

*[signature]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] The form is available from the Clerk of Court, or through this court's website, http://www.lamd.uscourts.gov, or directly from the United States Courts website, Forms & Fees page, http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx.